DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRY S. WHITLOCK,**
Appellant,

v.

**COCO WOOD LAKES ASSOCIATION, INC.,**
Appellee.

No. 4D19-3446

[November 5, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502016CA009672XXXXMB.

Terry S. Whitlock, Delray Beach, pro se.

Gerard S. Collins and Jay S. Levin of Kaye Bender Rembaum, P.L. Pompano Beach for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***